UNITED STATES, Appellant/Cross-Appellee

v.

Joshua KATSO, Appellee/Cross-Appellant

No. 17-0327/AF

U.S. Court of Appeals for the Armed Forces.

August 18, 2017

CCA 38005

DAILY JOURNAL

Petitions for Grant of Review Denied

U.S.

v.

Clarence ANDERSON III

No. 17-0429/AF

U.S. Court of Appeals for the Armed Forces.

August 18, 2017

CCA 39023

DAILY JOURNAL

Petitions for Grant of Review Denied

U.S.

v.

Raiden J. ANDREWS

No. 17-0480/NA

U.S. Court of Appeals for the Armed Forces.

August 18, 2017

CCA 201600208

DAILY JOURNAL

Orders Granting Petition for Review

On consideration of the petition for grant of review of the decision of the United States Navy-Marine Corps Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

THE LOWER COURT FOUND SEVERE PROSECUTORIAL MISCONDUCT. THEN IT AFFIRMED THE FINDINGS AND SENTENCE, GIVING ITS IMPRIMATUR TO THE PROSECUTORIAL MISCONDUCT IN APPELLANT'S CASE. DID THE LOWER COURT ERR?

Briefs will be filed under Rule 25.

U.S.

v.

Hank W. ROBINSON

No. 17-0504/AF

U.S. Court of Appeals for the Armed Forces.

August 18, 2017

CCA 38942

DAILY JOURNAL

Orders Granting Petition for Review

On consideration of the petition for grant of review of the decision of the United States

Air Force Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issues:

I. WHETHER THE MILITARY JUDGE ABUSED HIS DISCRETION BY FAILING TO SUPPRESS EVIDENCE OBTAINED FROM APPELLANT'S CELL PHONE.

II. WHETHER THE AIR FORCE COURT ERRED IN HOLDING APPELLANT WAIVED OBJECTIONS REGARDING INVESTIGATORS' EXCEEDING THE SCOPE OF APPELLANT'S CONSENT.

Briefs will be filed under Rule 25.

U.S.

v.

Marlin P. SHUPP, Jr.

No. 17-0554/AR

U.S. Court of Appeals for the Armed Forces.

August 21, 2017

CCA 20160079

DAILY JOURNAL

Petitions for Grant of Review Filed

U.S.

v.

Tyler E. CZYZ

No. 17-0555/AF

U.S. Court of Appeals for the Armed Forces.

August 21, 2017

CCA S32456

DAILY JOURNAL

Petitions for Grant of Review Filed

U.S.

v.

Joseph R. ARMSTRONG

No. 17-0556/AR

U.S. Court of Appeals for the Armed Forces.

August 21, 2017

CCA 20150424

DAILY JOURNAL

Petitions for Grant of Review Filed